ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
BLAIR SENESI, Bar No. 313580
bsenesi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LIU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:20-cv-07499-VC<br><br>**STIPULATION TO FURTHER EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND [PROPOSED] ORDER**<br><br>Complaint filed: October 26, 2020<br>Amended Complaint Filed: March 24, 2021 |

Plaintiff THOMAS LIU ("Plaintiff") and Defendant UBER TECHNOLOGIES, INC. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in the instant matter on October 26, 2020.

**WHEREAS**, on November 11, 2020 the Parties stipulated to extend the deadline for Defendant to file its Motion to Dismiss and Strike Plaintiff's Class Allegations ("Motion to Dismiss) to December 9, 2020.

**WHEREAS**, on December 9, 2020 the Parties stipulated to extend Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss to January 14, 2021.

**WHEREAS**, on March 3, 2021 the Court granted in part and denied in part Defendant's Motion to Dismiss Plaintiff's Complaint with 21 days leave to amend. The Court also ordered that Defendant's response to any amended complaint would be due 14 days thereafter.

**WHEREAS**, Plaintiff filed his Amended Complaint in the instant matter on March 24, 2021.

**WHEREAS,** Defendant's original responsive pleading deadline was April 7, 2021.

**WHEREAS,** on April 1, 2021 the Parties stipulated to a two-week extension of Defendant's deadline to respond to Plaintiff's Amended Complaint, which the Court approved.

**WHEREAS,** Defendant's current responsive pleading deadline is April 21, 2021.

**WHEREAS,** the Parties have met and conferred, and agreed to a brief, two-day extension of Defendant's deadline to respond to Plaintiff's Amended Complaint to allow Defendant additional time to review and respond to Plaintiff's Amended Complaint.

**WHEREAS**, the agreed-upon extension to April 23, 2021 will not impact any other date or event in this matter.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties that Defendant's deadline to respond to Plaintiff's Amended Complaint will be extended two days from April 21, 2021 to April 23, 2021.

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO FURTHER EXTEND
DEFENDANT'S RESPONSIVE PLEADING
DEADLINE

CASE NO. 3:20-CV-07499-VC

1  Dated:      April 19, 2021

                                                        */s/ Shannon Liss-Riordan*
                                                        SHANNON LISS-RIORDAN
                                                        ANNE KRAMER
                                                        LICHTEN & LISS-RIORDAN, P.C.
                                                        Attorneys for Plaintiff

Dated:      April 19, 2021

                                                        */s/ Sophia Behnia*
                                                        ANDREW M. SPURCHISE
                                                        SOPHIA BEHNIA
                                                        BLAIR SENESI
                                                        LITTLER MENDELSON, P.C.
                                                        Attorneys for Defendant
                                                        UBER TECHNOLOGIES, INC.

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rules 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: April 19, 2021                                                       */s/ Sophia Behnia*
                                                                                SOPHIA BEHNIA

LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO FURTHER EXTEND
DEFENDANT'S RESPONSIVE PLEADING
DEADLINE

CASE NO. 3:20-CV-07499-VC

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Defendant's current responsive pleading deadline is extended two days to April 23, 2021.

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES DISTRICT COURT JUDGE
HON. VINCE CHHABRIA

4850-8773-1686.1 / 073208-2107

LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO FURTHER EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE

CASE NO. 3:20-CV-07499-VC