ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
BLAIR SENESI, Bar No. 313580
bsenesi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LIU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:20-cv-07499-VC<br><br>**STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND [PROPOSED] ORDER**<br><br>Complaint Filed: October 26, 2020<br>First Amended Complaint: March 24, 2021<br>Second Amended Complaint: Nov. 26, 2021 |

1  Plaintiff THOMAS LIU ("Plaintiff") and Defendant UBER TECHNOLOGIES, INC.
2  ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate
3  and agree as follows:

4  **WHEREAS**, Plaintiff filed his Complaint in the instant matter on October 26, 2020.

5  **WHEREAS**, on November 11, 2020 the Parties stipulated to extend the deadline for
6  Defendant to file its Motion to Dismiss and Strike Plaintiff's Class Allegations ("Motion to
7  Dismiss") to December 9, 2020.

8  **WHEREAS**, on December 9, 2020 the Parties stipulated to extend Plaintiff's
9  deadline to file an opposition to Defendant's Motion to Dismiss to January 14, 2021.

10  **WHEREAS**, on March 3, 2021 the Court granted in part and denied in part
11  Defendant's Motion to Dismiss Plaintiff's Complaint with 21 days leave to amend. The Court also
12  ordered that Defendant's response to any amended complaint would be due 14 days thereafter.

13  **WHEREAS**, Plaintiff filed his First Amended Class Action Complaint in the instant
14  matter on March 24, 2021.

15  **WHEREAS**, Defendant's original responsive pleading deadline was April 7, 2021.

16  **WHEREAS**, on April 1, 2021 the Parties stipulated to a two-week extension of
17  Defendant's deadline to respond to Plaintiff's First Amended Class Action Complaint, which the
18  Court approved.

19  **WHEREAS**, on April 19, 2021, the Parties stipulated to further extend Defendant's
20  deadline to respond to Plaintiff's First Amended Class Action Complaint to April 23, 2021, which
21  the Court approved.

22  **WHEREAS**, on April 23, 2021, Defendant filed a Motion to Dismiss Plaintiff's First
23  Amended Class Action Complaint.

24  **WHEREAS**, on July 30, 2021, the Court granted Defendant's Motion to Dismiss
25  Plaintiff's First Amended Class Action Complaint with 28 days leave to amend.

26  **WHEREAS**, on August 27, 2021, Plaintiff filed a Motion for Extension of Time to
27  File Further Amended Complaint.

28

**WHEREAS**, on September 1, 2021, the Court granted Plaintiff's Motion for Extension of Time (90 days) to amend.

**WHEREAS**, on November 26, 2021, Plaintiff filed his Second Amended Class Action Complaint ("Second Amended Complaint").

**WHEREAS**, the Parties have met and conferred, and agreed to an extension of Defendant's deadline to respond to Plaintiff's Second Amended Complaint to January 7, 2022 to allow Defendant additional time to review the Second Amended Complaint and respond.

**WHEREAS**, the agreed-upon extension to January 7, 2022 will not impact any other date or event in this matter.[1]

**WHEREAS**, Plaintiff submits that Defendant should not be permitted to file a *third* motion to dismiss, as Plaintiff believes that he complied with the requirements that the Court set forth in its Order of July 30, 2021 (Dkt. 41), and that the Court may review the Second Amended Complaint in light of its Order and Defendant's previously made arguments.

**WHEREAS,** Defendant submits that, under the Federal Rules of Civil Procedure, it has the right to file a motion to dismiss to challenge Plaintiff's Second Amended Complaint if it so chooses, particularly in a case involving "complicated claims" (Dkt. 41, n. 1) where Plaintiff's complaint has already been dismissed twice due to the Court's "significant concerns" (*Id.*).

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties that Defendant's deadline to respond to Plaintiff's Second Amended Class Action Complaint will be extended from December 10, 2021 to January 7, 2022.

**IT IS SO STIPULATED.**

---

[1] Based on the Court's decision granting Defendant's motion to dismiss Plaintiff's First Amended Class Action Complaint (Dkt. 41) and order granting Plaintiff's motion for additional time to file a further amended complaint (Dkt. 44), the Parties assume the schedule entered by the Court at the April 21, 2021 case management conference is on longer operative (Dkt. 35).

Dated: December 6, 2021

                                              */s/ Shannon Liss-Riordan*
                                              SHANNON LISS-RIORDAN
                                              ANNE KRAMER
                                              LICHTEN & LISS-RIORDAN, P.C.
                                              Attorneys for Plaintiff

Dated: December 6, 2021

                                              */s/ Andrew M. Spurchise*
                                              ANDREW M. SPURCHISE
                                              SOPHIA BEHNIA
                                              BLAIR SENESI
                                              LITTLER MENDELSON, P.C.
                                              Attorneys for Defendant
                                              UBER TECHNOLOGIES, INC.

## **SIGNATURE ATTESTATION**

    In accordance with Civil Local Rules 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: December 6, 2021                                    */s/ Andrew M. Spurchise*
                                                                       ANDREW M. SPURCHISE

STIPULATION TO EXTEND DEFENDANT'S
RESPONSIVE PLEADING DEADLINE AND                                 CASE NO. 3:20-CV-07499-VC
[PROPOSED] ORDER                     3

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Defendant's current responsive pleading deadline is extended from December 10, 2021 to January 7, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                        UNITED STATES DISTRICT COURT JUDGE
                                        HON. VINCE CHHABRIA

4865-0305-3317.2 / 073208-2107