SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Plaintiff Thomas Liu*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LIU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 20-CV-07499 |

## NOTICE OF APPEAL

Plaintiff hereby appeals to the Ninth Circuit Court of Appeals from the Court's Order granting Defendant's Motion to Dismiss, as entered by Dkt. 70.

Dated:        September 29, 2022           Respectfully submitted,

                                           THOMAS LIU, individually and on behalf of all
                                           others similarly situated,

                                           By their attorneys,

                                            /s/ Shannon  Liss-Riordan
                                           Shannon Liss-Riordan (SBN 310719)
                                           LICHTEN & LISS-RIORDAN, P.C.
                                           729 Boylston Street, Suite 2000
                                           Boston, MA 02116
                                           (617) 994-5800
                                           Email:  sliss@llrlaw.com

**CERTIFICATE OF SERVICE**

This will certify that I served a copy of the foregoing document on all counsel, by ECF, on this date.

Dated:  September 29, 2022

                                               _/s/ Shannon Liss-Riordan_
                                               Shannon Liss-Riordan