UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LIU,<br><br>   Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES INC.,<br><br>   Defendant. | Case No. 20-cv-07499-VC<br><br>**JUDGMENT**<br>Re: Dkt. No. 70 |

The Court previously granted the defendant's motion to dismiss. *See* Dkt. No. 70. The plaintiff did not file an amended complaint by the deadline, and so dismissal is with prejudice. The Court now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 27, 2022

VINCE CHHABRIA
United States District Judge